United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

  v.

JAMES SCHWARTZ,

    Defendant.
                                /

No. MC 16-80217 WHA

**ORDER RE PROPOSED LAWSUIT**

      In compliance with the terms of his supervised release (*see* Case No. 10-0068, Dkt. No. 312), defendant John Brosnan has submitted to the undersigned judge a proposed lawsuit that he wishes to file in state court. In his complaint, Brosnan alleges that, in 2007, defendant James Schwartz obstructed and/or destroyed mail addressed to a third individual, with whom Schwartz shared an address. The proposed complaint asserts claims under various criminal statutes and one claim for conversion.

      Brosnan's proposed complaint is frivolous. Permission to file this complaint against James Schwartz is **DENIED**. The Clerk shall please return the complaint.

      **IT IS SO ORDERED.**

Dated: October 6, 2016.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE